UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 P 2: 53

---------------------------------------------------X
WENDY STEVENS,

    Plaintiff,

-against-

GREGORY LOCKE,

    Defendant.
---------------------------------------------------X

3:02 CV 1233 (RNC)(DFM)

**STIPULATION OF
DISCONTINUANCE**

    A settlement agreement having been reached, and settlement funds and a Release having been exchanged by and between the respective parties, it is hereby stipulated and agreed that this action is discontinued as to all parties with prejudice but without costs as to any party.

    It is further stipulated and agreed that this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel if the settlement funds are not paid within sixty (60) days after the Release is provided to the defendants' attorneys.

The Plaintiff,
WENDY STEVENS

By: _____
R. EDWARD PHILLIPS
Federal Bar# CT 20999

MILLER & PHILLPS
One Union Plaza, 2nd Floor
P.O. Box 116
New London, CT 06320-0116
(860) 444-0437
(860) 443-1354 (fax)

The Defendant,
GREGORY LOCKE

By: _____
KEVIN J. LENNON
Federal Bar# CT 20411

TISDALE & LENNON, LLC
10 Spruce Street
Southport, CT 06490
(203) 254-8474
(203) 254-1641 (fax)
Klennon@Tisdale-Lennon.com