UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Wendy Stevens

V.                                          Case Number:   3:02cv1233 (RNC

Gregory Locke

**Stipulation for Dismissal**

Doc. # **38**

**ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, October 23, 2003.

KEVIN F. ROWE, CLERK

By: _A. Montgomery_
A.Montgomery
Deputy Clerk